**Order entered June 4, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

| | |
|---|---|
| **No. 05-20-00995-CR** | **No. 05-20-00996-CR** |
| **No. 05-20-00997-CR** | **No. 05-20-00998-CR** |
| **No. 05-20-01009-CR** | **No. 05-20-01010-CR** |
| **No. 05-20-01011-CR** | **No. 05-20-01014-CR** |
| **No. 05-20-01015-CR** | **No. 05-20-01016-CR** |
| **No. 05-20-01026-CR** | **No. 05-20-01027-CR** |
| **No. 05-20-01028-CR** | **No. 05-20-01029-CR** |
| **No. 05-20-01030-CR** | **No. 05-20-01031-CR** |

**BOBBY CARL JESSIE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-20660-M, F20-20662-M, F20-37656-M, F20-37473-M, F20-37472-M, F20-37471-M, F20-37657-M, F20-45556-M, F20-24791-M, F20-45575-M, F20-45554-M, F18-47661-M, F18-35324-M, F19-70272-M, F19-70325-M & F20-37540-M**

## ORDER

Before the Court is appellant's June 1, 2021 pro se motion for access to the appellate record, informing the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Lawrence B. Mitchell to provide appellant with copies of the clerk's and

reporter's records in the above cases. We further **ORDER** appellate counsel to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **September 1, 2021**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Belinda Baraka, official court reporter, 194th Judicial District Court; Lawrence B. Mitchell; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Bobby Carl Jessie, TDCJ# 02329180, Travis State Jail, 8101 FM 969, Austin, TX 78724.

/s/     LANA MYERS
JUSTICE